UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANTHONY TORRES,

     Petitioner,

  - against -

UNITED STATES OF AMERICA,

     Respondent.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/09

09 Civ. 7944 (RMB)

**ADMINISTRATIVE ORDER**

  The status conference before the Court scheduled for September 30, 2009 is hereby adjourned, and the parties are directed to appear for a status conference before the Court on October 19, 2009 at 10 a.m. in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Among other issues, the Court will inquire as to whether Petitioner wishes his application filed on or about September 16, 2009 to be construed as a motion pursuant to 28 U.S.C. § 2255. Petitioner is hereby advised that a § 2255 motion attacking the validity of a conviction and/or sentence must include all grounds for relief to avoid a future bar against raising new grounds in a second or successive motion. See Carter v. United States, 150 F.3d 202, 206 (2d Cir. 1998) (per curiam).

  The Government is directed to make arrangements to ensure Petitioner's appearance by telephone.

**SO ORDERED.**

Dated: New York, New York
   September 30, 2009

               _RMB_____
               RICHARD M. BERMAN, U.S.D.J.